AO91 (Rev. 12/03)   Criminal Complaint                                                                                             AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | Case Number: 7:19-po-06977 |

Faris Francisco HERNANDEZ
IAE
El Salvador 1976

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about **May 13, 2019** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Faris Francisco HERNANDEZ was encountered by Border Patrol Agents near Penitas, Texas on May 14, 2019.  When questioned as to his citizenship, defendant stated that he was a citizen and national of El Salvador, who had entered the United States illegally on May 13, 2019 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Sanchez, Carlos  Border Patrol Agent
Signature of Complainant

Sanchez, Carlos    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 15, 2019                                                          at   McAllen, Texas
Date                                                                                City/State

Juan F Alanis          Magistrate Judge
Name of Judge          Title of Judge                                Signature of Judge